United States Bankruptcy Court
Middle District of Florida
Orlando Division

FILED
JUL 25 2024
Clerk, U.S. Bankruptcy
Orlando Division

In re PETER PAUL MITRANO,  )
                                  ) Case No. 6:24-bk-02053-TPG
      Debtor.        ) Chapter 13
                                  )
_____ )

PETER PAUL MITRANO, )
      Plaintiff,   )
vs.                   ) Adversary No. 24-ap-00055
VIRGINIA L. KELLY, )
      Defendant. )

**Motion for Clerk's Entry of Default**

The plaintiff, Peter Paul Mitrano, *pro se*, states his Motion for Clerk's Entry of Default as follows:

On or about May 31, 2024, the plaintiff, Peter Paul Mitrano, *pro se*, filed the above-captioned complaint. The defendant was served the summons and complaint. See Docket, Document Number Five.

1

The defendant has failed to timely file an answer and/or response to the instant complaint.

The plaintiff, Peter Paul Mitrano, *pro se*, respectfully requests that the Clerk make an entry of default in the above-captioned case pursuant to Rule 7055.

Furthermore, the plaintiff, Peter Paul Mitrano, *pro se*, states under oath under the penalty of perjury based upon my personal knowledge that the defendant is over the age of 18, and is not a member of the military service.

THEREFORE, the debtor and plaintiff, Peter Paul Mitrano, *pro se*, respectfully requests that the Clerk of this Honorable Court make an entry of default in this action.

                                        Respectfully submitted,

                                        */s/ Peter P. Mitrano*
                                        Peter Paul Mitrano
                                        Pro se
                                        Post Office Box 54
                                        Scottsmoor, Florida 32775

                                        Debtor/Plaintiff
                                        (708) 940-0887
                                        peter.mitrano@va.gov

Dated: July 25, 2024.