[Dodedfta] [ORDER DENYING MOTION FOR ENTRY OF DEFAULT]

ORDERED.

Dated: August 8, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>Peter Paul Mitrano<br><br>_____Debtor*_____ /<br><br>Peter Paul Mitrano<br><br>         Plaintiff*<br><br>vs.<br><br>Virginia L Kelly<br><br>_____Defendant*_____ / | Case No. 6:24−bk−02053−TPG<br>Chapter 13<br><br><br><br><br><br><br>Adv. Pro. No. 6:24−ap−00055−TPG |

### ORDER DENYING MOTION FOR ENTRY OF DEFAULT

　　THIS ADVERSARY PROCEEDING came on for consideration, without hearing, of the Motion for Entry of Default (the Motion) filed by Peter Paul Mitrano on August 7, 2024 , Document No. 10 . The court reviewed the record and finds that:

　　☐  The Motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr. P. 9011.

　　☐  The Motion was filed without a certificate of service as required by Fed. R. Bankr. P. 7005(d).

　　☐  The Motion does not include all the statements required by Local Rule 7055−2.

　　☐  The Motion does not include a sworn statement in support of the allegations as required by Local Rule 7055−2.

　　☑  A responsive pleading or defensive motion has been filed by the Defendant.

　　☐  The filed proof of service does not include a copy of the served summons.

　　☑  There is no proof of service as required by Fed. R. Bankr. P. 7004(a) and Fed. R. Civ. P. 4(a) evidencing that the complaint, summons and a copy of Local Rule 7001−1 was timely served pursuant to Fed. R. Bankr. P. 7004(e).

☐  The proof of service does not include both the date of service and the signature of the person certifying service was completed as required by Local Rule 9013–1.

☐  The complaint, summons and a copy of Local Rule 7001–1 was not timely served pursuant to Fed. R. Bankr. P. 7004(e) and Local Rule 7001–1(b).

☐  The record is devoid of any evidence that proper service of process has been made in accordance with Fed. R. Bankr., P. 7004 upon .

Accordingly, it is

**ORDERED:**

That the Motion for Entry of Default filed by Peter Paul Mitrano is hereby denied without prejudice.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.