**ORDERED.**

Dated:  August 30, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| Peter Paul Mitrano, | Case No. 6:24-bk-02053-TPG |
| | Chapter 13 |
| Debtor. | |
| _____/ | |
| | |
| Peter Paul Mitrano, | Adv. No. 6:24-ap-00055-TPG |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| Virginia L. Kelly, | |
| | |
| Defendant. | |
| _____/ | |

**ORDER STAYING PROCEEDINGS PENDING
RESOLUTION OF PLAINTIFF'S MOTION FOR WITHDRAWAL**

THIS PROCEEDING comes before the Court upon the Plaintiff/Debtor Peter Paul Mitrano's "Motion To Have Any Ruling Heard by a District Court Judge" (the "Motion"). (Doc. No. 26.) Mitrano, who is pro se, commenced this adversary proceeding on May 31, 2024. (Doc. No. 1.) In the Motion, Mitrano states that he "objects to this Bankruptcy Court hearing and/or

deciding and/or ruling." (Doc. No. 26 at 1.) Mitrano asks "that this matter be decided by a United States District Judge." (*Id.* at 2.)

Although Mitrano filed the Motion pursuant to Federal Rule of Bankruptcy Procedure 7016(b) governing pretrial procedures, the Court interprets the Motion as one seeking to withdraw the reference, governed by Federal Rule of Bankruptcy Procedure 5011 and Local Rule 5011-1. Rule 5011(a) states, "A motion for withdrawal of a case or proceeding shall be heard by a district judge." Local Rule 5011-1 contains the procedure for the parties and this Court regarding motions for withdrawal and responses.

As relevant, Local Rule 5011-1 governs the content and timing of a motion for withdrawal of reference and any responses thereto.[1] The deadline for filing a response to a motion for withdrawal is "14 days after the entry of the motion on the docket . . . ." Local Rule 5011-1(e). Pursuant to Local Rule 5011-1(f), "After expiration of the time allowed for a response, the Clerk shall transmit the motion and legal memorandum, response and legal memorandum, if any, and such other papers filed with the Court as the parties request to the Clerk of the District Court."

This Court retains jurisdiction to hear this proceeding while the motion for withdrawal is pending. Local Rule 5011-1(g). Under Rule 5011(c), however, "the bankruptcy judge may stay, on such terms and conditions as are proper, proceedings pending disposition of the motion."

---

[1] Local Rule 5011-1(a) requires a motion for withdrawal to "be accompanied by a legal memorandum with citation of supporting authorities." Subsection (d) requires the motion to be "served on counsel of record for all parties to the proceeding or contested matter or, if a party has no counsel, on the party . . . ." The Motion lacks a legal memorandum and a certificate of service. Additionally, the deadline for filing a motion for withdrawal of an adversary proceeding is "no later than 30 days after service of the initial pleading or such other time period as ordered by the Court." Local Rule 5011-1(c). Here, the initial pleading was served on June 21, 2024 (Doc. No. 5 at 2), and the Motion was filed on August 28, 2024 (Doc. No. 26).

2

Here, the Court finds that the interests of judicial economy warrant staying all actions in this proceeding pending the District Court's determination of the Motion.

Accordingly, it is

**ORDERED** that this proceeding is **STAYED** pending the District Court's resolution of the Motion (Doc. No. 26).

###

The Clerk is directed to serve a copy of this order on all interested parties.