Case 6:24-cv-01694-JSS-DCI Document 13 Filed 11/22/24 Page 1 of 4 PageID 58
Case 6:24-ap-00055-TPG Doc 37 Filed 11/22/24 Page 1 of 4
USCA11 Case: 24-13410    Document: 9-2    Date Filed: 11/19/2024    Page: 1 of 2

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 19, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-13410-AA
Case Style: Peter Mitrano v. Virginia Kelly
District Court Docket No: 6:24-cv-01694-JSS
Secondary Case Number: 6:24-bk-02053-TPG

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing is timely only if received in the clerk's office within the time specified in the rules. **A petition for rehearing must include a Certificate of Interested Persons and a copy of the opinion sought to be reheard.** See 11th Cir. R. 35-5(k) and 40-1.

Costs
No costs are taxed.

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or

cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion

[DO NOT PUBLISH]

# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 24-13410

Non-Argument Calendar

_____

In re: PETER PAUL MITRANO,

_____

PETER PAUL MITRANO,

                                            Plaintiff-Appellant,

versus

VIRGINIA L. KELLY,

                                            Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

Case 6:24-ap-00055-TPG Doc 37 Filed 11/22/24 Page 4 of 4 PageID 61
Case 6:24-cv-01694-JSS Document 4 Filed 11/19/24 Page 4 of 4
USCA11 Case: 24-13410    Document: 9-1    Date Filed: 11/19/2024    Page: 2 of 2

2                        Opinion of the Court                        24-13410

D.C. Docket No. 6:24-cv-01694-JSS,
6:24-bk-02053-TPG

_____

Before BRANCH, GRANT, and LAGOA, Circuit Judges.

PER CURIAM:

  This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Peter Paul Mitrano, proceeding *pro se*, appeals from the district court's order denying his construed motion to withdraw the reference of his adversary proceeding against Virginia Kelly from the bankruptcy court. However, such orders are neither final, as they "essentially only determine the forum in which final decisions will be reached," nor appealable as collateral orders, as they "remain[] subject to review upon final judgment." *See Hialeah Hosp., Inc. v. Dep't of Health & Rehabilitative Servs. (In re King Mem'l Hosp., Inc.)*, 767 F.2d 1508, 1510 (11th Cir. 1985).

  No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.